**REDACTED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



- FILED -

JUL 22 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | |
| v. ) | Cause No. 1:20-CR-45 |
| ) | Violation: 18 U.S.C. § 922(g)(1) |
| CHRISTOPHER L. SIMON ) | |

**THE GRAND JURY CHARGES:**

On or about May 21, 2020, in the Northern District of Indiana,

CHRISTOPHER L. SIMON,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

On September 29, 2016, Christopher L. Simon, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D05-1606-F5-153, of Carrying a Handgun Without a License, a Level 5 felony;

On October 12, 2011, Christopher L. Simon, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D05-1105-FC-144, of Carrying a Handgun Without a License, a Class C felony;

On October 25, 2010, Christopher L. Simon, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D04-1006-FD-571, of Dealing in a Sawed Off Shotgun, a Class D felony;

did knowingly possess a firearm, and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the firearm offense alleged in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense.

A TRUE BILL

/s/ Foreperson
Foreperson

THOMAS L. KIRSCH, II
UNITED STATES ATTORNEY

/s/ Brent A. Ecenbarger
By: Brent A. Ecenbarger
Assistant United States Attorney